IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:95-cr-01027-MP

BRYAN EDMOND HUNT,

      Defendant.

_____/

## **O R D E R**

This matter is before the Court on Docs. 83 and 84, Defendant's first and second motions

for an administrative order from the Court directing the Clerk to not destroy any original tapes or

stenographic notes of the hearings in this case.  Pursuant to 28 U.S.C. § 753,

> The reporter or other individual designated to produce the record shall attach his
> official certificate to the original shorthand notes or other original records so
> taken and promptly file them with the clerk who shall preserve them in the public
> records of the court for not less than ten years.

Although this case is more than ten years old, the Court has located the original shorthand notes

of Defendant's September 15, 1995, arraignment and his January 19, 1996, sentencing hearing.

There do not appear to be any audio recordings of those proceedings.  Although the allegations

in Defendant's motions are patently frivolous, the Court sees no harm in directing the Clerk to

continue to retain the records beyond the statutorily mandated period.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motions at Docs. 83 and 84 are GRANTED to the extent Plaintiff requests the continued retention of the original shorthand notes from Defendant's September 15, 1995, arraignment and his January 19, 1996, sentencing hearing.  The Clerk is directed to retain those records for not less than six months.  If Defendant wishes to obtain a copy of the official transcript of those proceedings, he is of course free to direct any such request to the Clerk's Office and obtain a copy upon payment of the required fee.  In all other respects, Defendant's motions are DENIED.

**DONE AND ORDERED** this _29th_ day of May, 2009

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge