IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:95-cr-01027-MP

BRYAN EDMOND HUNT,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 86, Defendant's Motion for an Administrative Order.  Previously, Defendant filed a motion (Doc. 84) requesting that the Court order the retention of any original records of his September 15, 1995, arraignment, at which he pled guilty, and his January 19, 1996, sentencing hearing.  As grounds for his request, Defendant alleged that the official transcripts of his hearings were fabricated in order to conceal the fact that his guilty plea was coerced by the prosecutor in concert with the Court.  Defendant therefore sought to preserve the original stenographic notes and audio recording of his hearings.  Although Defendant's allegations are patently frivolous, the Court searched for and located the original stenographic notes of Defendant's hearings and ordered that they be retained for an additional six months.  Doc. 85.  Because no audio recording of Defendant's hearings exists, the Court denied Defendant's motion to preserve the original audio recording of his hearings.

In the instant motion, Defendant challenges the Court's assertion that no audio recording exists.  Defendant also claims that he is in possession of a copy of an audio recording of his change of plea hearing but that it is "a fraudulently dubbed-in tape that mimicked my defrauded plea transcript word-for-word."  Doc. 86 at 1.  If Defendant is indeed in possession of an audio

recording of his change of plea hearing, then he is in possession of the only remaining copy. As stated in the previous order on this matter, the law requires that the original records of court proceedings be preserved in the public records for not less than ten years. 28 U.S.C. § 753(b). Even if that statute covers a court reporter's audio recordings, this case is more than ten years old; the audio tapes used to record Defendant's change of plea hearing were long ago reused to record other hearings in other cases. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 86 is DENIED as moot.

**DONE AND ORDERED** this __9th__ day of June, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge