IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          CASE NO. 1:95-cr-01027-MP

BRYAN EDMOND HUNT,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 88, Defendant's "Fourth Motion Concerning the Authenticity of the Original Records Pertaining to the Criminal Proceeding Held in this Action." In the motion, Defendant seeks reconsideration of this Court's orders dated May 29, 2009, and June 9, 2009, in which the Court granted in part Defendant's motion to preserve the original stenographic notes of his change of plea hearing but denied Defendant's motion to produce the original audio recordings, which no longer exist. Defendant now asks that the original stenographic notes be turned over to him, and he demands details regarding the deletion of the original audio recordings. Defendant is not entitled to the requested relief, and the Court sees no reason to reconsider its previous orders on this matter. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The motion at Doc. 88 is DENIED.

    **DONE AND ORDERED** this   _23rd_ day of June, 2009

                                          *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge