IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            CASE NO. 1:95-cr-01027-MP

BRYAN EDMOND HUNT,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 90, Fifth Motion for an Order Instructing Clerk Not to Destroy Original Transcripts by Bryan Edmond Hunt. On May 29, 2009, this Court ordered the clerk not to destroy the records in question for at least six months, Doc. 89. This Court also advised Defendant he could order a transcript of the proceedings the shorthand records describe from the Clerk's Office. *Ibid*.

Defendant has not availed himself of the opportunity to procure a copy of the records about which he is so concerned. Instead, he has declared he will continue to file lawsuits "until Judge Paul is held accountable for his crimes and illicit behavior or I have named every federal judge in this country as a defendant." Doc. 90, p. 2. Defendant does not elaborate on his good faith basis to accuse every federal judge in the country, and does not clarify whether he means every federal judge in the country at the time he was convicted of lying under oath, or every federal judge at the time he is to file these various lawsuits. In either event, Defendant has failed diligently to pursue acquisition of copies of the transcripts in question, has failed to plead an excuse for that failure to pursue acquisition, and has failed otherwise to demonstrate any

meritorious purpose for the Clerk's further preservation of these records. Accordingly, this motion is DENIED.

    **DONE AND ORDERED** this <u>*7th*</u> day of October, 2009

<u>    *s/Maurice M. Paul*    </u>
Maurice M. Paul, Senior District Judge